UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 22-CR-124-JLS |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |
| FREDERICK JOSPEH PORTILLO (1); ANA LILIA ZEPEDA (2), | ) | |
| Defendants. | ) | |

      **IT IS HEREBY ORDERED** that the joint motion to continue be granted and the motion hearing/trial setting in this matter now scheduled for February 18, 2022, be continued until March 18, 2022, at 1:30 p.m. For the reasons set forth in the Joint Motion, the Court finds the continuance serves the ends of justice and outweighs the public and Defendants' interest in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

      **IT IS FURTHER ORDERED** that both defendants file an acknowledgment of next court date within seven days of the filing of this Order.

      **IT IS SO ORDERED**.

Dated:  February 7, 2022

_Janis L. Sammartino_
Hon. Janis L. Sammartino
United States District Judge